FILED

MAY 25 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CR. NO. 3:05CR121-F |
| | ) | |
| v. | ) | [18 U.S.C. 2113(a) & (d); |
| | ) | 18 U.S.C. 924(c)(1)(A)(iii); |
| | ) | 18 U.S.C. 2] |
| | ) | |
| **MALIK ELAWAD** | ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

On or about May 2, 2005, in Russell County, within the Middle District of Alabama, the defendant,

MALIK ELAWAD,

by force, violence, and intimidation, did take from the person and presence of another approximately $10,848, the exact amount being unknown to the Grand Jury, belonging to and in the care, custody, control, management, and possession of Regions Bank, located at 3548 Highway 280/431 North, Phenix City, Alabama, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing said offense, assaulted and put in jeopardy the life of another person by the use of a dangerous weapon, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 2

On or about May 2, 2005, in Russell County, within the Middle District of Alabama, the defendant,

MALIK ELAWAD,

while aiding and abetting Morgan Chigawa, knowingly used and carried a firearm during and in

relation to, and possessed a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, as charged in Count 1 of this indictment, and during the course of committing this offense, the firearm was discharged, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*[signature]*
Todd A. Brown
Assistant United States Attorney