IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES O F AMERICA ) | |
| ) | |
| vs. ) | CR NO.   3:05CR121-F |
| ) | |
| MALIK ELAWAD ) | |
| ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **June 8, 2005** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**MALIK ELAWAD**

before the United States District Court at Montgomery, Alabama in **Courtroom 4-A** on the **8th** day of **June, 2005** at **10:00 o'clock a. m**.

**DONE** this 26th day of May, 2005.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By:_____
Deputy Clerk

cc:   U.S. Attorney
       U.S. Pretrial Services
       U.S. Probation