IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v )<br>)<br>MALIK ELAWAD ) | CR. NO. 3:05-cr-121-F |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Malik Elawad__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL, to ~~December~~ February 2006 trial term. ME

__6/8/05__  X _Malik Elawad_
DATE  DEFENDANT

__6/8/05__  _Christine A____
DATE  ATTORNEY FOR DEFENDANT