COURTROOM DEPUTY'S MINUTES         DATE: 6/8/2005 @ _____ to _____
MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: _____
                                    TAPE NO: _____ @ 1:13 to 1:26 pm

☒ ARRAIGNMENT   ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: __Delores R. Boyd__    DEPUTY CLERK: __S. Q. Long, Jr.__
CASE NUMBER: __3:05CR121-F__    DEFENDANT NAME: __Malik ELAWAD__
AUSA: __Brown__    DEFENDANT ATTY: __Freeman__
PTSO: _____
    Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO
    ( ) appointed at arraignment; ( ) standing in for: ████████

USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter.
Interpreter present? __✓__ NO _____ YES Name: _____
D.O.C. DATE _____ ; PRETRIAL CONF. DATE: _____
DISCOVERY DISCLOSURE DATE: __6-8-05__

___

☐ This is defendant's FIRST APPEARANCE. (Docket k/a.!!!)
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.
    PLEA: ☒ Not Guilty                           ☐ Nol Contendere
        ☐ Not Guilty by reason of insanity
        ☐ Guilty as to:
            ☐ Count(s) _____
            ☐ Count(s) _____
                        ☐ dismissed on oral motion of USA;
                        ☐ to be dismissed at sentencing
☐ Written plea agreement filed. ☐ ORDERED SEALED.
_____ Days to file pretrial motions.
_____ Trial date or term.
ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
        ☐ Posting a $ _____ bond;
        ☒ Trial on _____; or ☐ Sentencing on _____
Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed.
        ☐ Defendant requests time to secure new counsel.