# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    ☒ Eastern

HON. **Delores R. Boyd**   AT **Montgomery**, Alabama
DATE COMMENCED **9-19-2005**   @ **11:09** ☒ a.m. ☐ p.m
DATE COMPLETED **9-19-2005**   @ **11:11** ☒ a.m. ☐ p.m

CASE NO. **3:05cr121-F**

UNITED STATES OF AMERICA    vs.    MALIK ELAWAD

Plaintiff(s)     Defendant(s)

## APPEARANCES

Plaintiff(s)/Government: ~~Brown~~ Redmond

Defendant(s): ~~Christine Freeman~~ Kemp

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

### PROCEEDINGS:

- ☐ Motion Hearing
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☒ **Pretrial Conference**

Pending Motions: **None**
Discovery Status: **Complete**   Plea Status: **Probable**
Trial Status/Length: **2 days**   Trial Term: **2-7-06**