IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO:3:05-CR-121-F** |
| ) | |
| **MALIK ELAWAD** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Malik Elawad, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 3rd day of February, 2006.

Respectfully submitted;

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Malik Elawad
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:3:05-CR-121-F** |
| | ) | |
| **MALIK ELAWAD** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd A. Brown, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                                                     **s/Christine A. Freeman**
                                                                                     **CHRISTINE A. FREEMAN**
                                                                                      **TN BAR NO.: 11892**
                                                                                      Attorney for Malik Elawad
                                                                                      Federal Defenders
                                                                                      Middle District of Alabama
                                                                                      201 Monroe Street , Suite 407
                                                                                      Montgomery, AL 36104
                                                                                      TEL:  (334) 834-2099
                                                                                      FAX:  (334) 834-0353
                                                                                      E-Mail: Christine_Freeman@fd.org

Case 3:05-cr-00121-MHT-CSC    Document 19    Filed 02/03/2006    Page 3 of 3