## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO:3:05-MJ-66-CSC** |
| ) | |
| **MALIK ELAWAD** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia Kemp, and enters her appearance as counsel for **MALIK ELAWAD** in the above-styled matter.

Dated this 3rd day of February 2006.


Respectfully submitted,


s/Patricia Kemp
**PATRICIA KEMP**
ASB-4592-R80K
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        s/Patricia Kemp
        **PATRICIA KEMP**
        ASB-4592-R80K
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:   (334) 834-2099
        FAX:   (334) 834-0353
        E-Mail: patricia_kemp@fd.org