COURTROOM DEPUTY'S MINUTES  DATE: 2-6-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 12:52 — 1:16 pm
  COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT  ✓ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB  DEPUTY CLERK: sq1
CASE NUMBER: 3:05CR121-LSC  DEFENDANT NAME: MALIK ELAWAD
AUSA: Brown  DEFENDANT ATTORNEY: Christine Freeman
  Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
  ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES  Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:  ☐ Not Guilty
  ✓ Guilty as to:
    ✓ Count(s): 1, 2
    ☐ Count(s): _____  ☐ dismissed on oral motion of USA
      ☐ to be dismissed at sentencing

☐ Written plea agreement filed  ☐ ORDERED SEALED
✓ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 2.
☐ CRIMINAL TERM:  ☐ WAIVER OF SPEEDY TRIAL filed.
  DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
✓ ORDER: Defendant remanded to custody of U. S. Marshal for:
  ☐ Trial on _____; or ✓ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
  ☐ Defendant requests time to secure new counsel