**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO:3:05-CR-121-LSC** |
| ) | |
| **MALIK ELAWAD** ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the Defendant, Malik Elawad, by and through undersigned counsel, and moves the Court for a continuance of the sentencing, currently set for June 30, 2006, due to the unavailability of the Assistant U.S. Attorney assigned to this case.

1. On May 10, 2006, Mr. Elawad filed a Motion to Continue. That Motion was granted by this Court on May 12, 2006. As a result of the granting of that Morion, this Court moved Mr. Elawad's sentencing hearing to June 30, 2006.

2. Unfortunately, it was not until after this Court moved Mr. Elawad's sentencing, that undersigned counsel learned that the June 30, 2006 date also conflicted with the availability of the Assistant U.S. Attorney, who will be out of the country on June 30, 2006 and is not scheduled to return until mid-September.

3. Continuance of this sentencing date appears amenable to the schedules of this Court and all of the parties involved. Thus, Mr. Elawad respectfully request that his sentencing be moved from this Court's June 30, 2006 calendar to a date on which the Assistant U.S. Attorney will be available.

**WHEREFORE**, the defendant respectfully requests this Court to grant this Motion and continue the sentencing.

Respectfully submitted,
**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Malik Elawad
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,
**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Malik Elawad
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org