# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO:3:05-CR-121-LSC |
| ) | |
| MALIK ELAWAD ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Malik Elawad, by and through undersigned counsel, and moves the Court for a continuance of the sentencing, currently set for June 30, 2006, due to the unavailability of the Assistant U.S. Attorney assigned to this case.

1. On May 10, 2006, Mr. Elawad filed a Motion to Continue. That Motion was granted by this Court on May 12, 2006. As a result of the granting of that Morion, this Court moved Mr. Elawad's sentencing hearing to June 30, 2006.

2. Unfortunately, it was not until after this Court moved Mr. Elawad's sentencing, that undersigned counsel learned that the June 30, 2006 date also conflicted with the availability of the Assistant U.S. Attorney, who will be out of the country on June 30, 2006 and is not scheduled to return until mid-September.

3. Continuance of this sentencing date appears amenable to the schedules of this Court and all of the parties involved. Thus, Mr. Elawad respectfully request that his sentencing be moved from this Court's June 30, 2006 calendar to a date on which the Assistant U.S. Attorney will be available.

**MOTION GRANTED**

THIS __22nd__ DAY OF __June__, 20__06__

__/s/ L. Scott Coogler__

**UNITED STATES DISTRICT JUDGE**