UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| vs. | ] | 3:05-CR-121-LSC |
| Malik Elawad, | ] | |
| Defendant. | ] | |

### O R D E R

This action is rescheduled for a SENTENCING HEARING for **10:30 a.m. on Thursday, October 5, 2006,** in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 8th day of August 2006.

/s/ L. Scott Coogler
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019