IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:05-CR-121-LSC |
| | ) | |
| MALIK ELAWAD | ) | |

RECEIVED
2006 OCT -3  P 2:42

## NOTICE OF FILING FORENSIC EXPERT REPORT

**NOW COMES** the Defendant, Malik Elawad, by and through undersigned counsel, Christine A. Freeman, and respectfully notifies this Court that he has filed the attached Forensic Expert Report by Dr. Marianne Rosenzweig.

Respectfully submitted,

/s/ Christine A. Freeman

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:3:05-CR-121-LSC |
| | ) | |
| MALIK ELAWAD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of October 2006, served a copy of the foregoing **NOTICE OF FILING FORENSIC EXPERT REPORT** upon the following, by **HAND DELIVERING** a copy of the same to the following addresses:

Todd Brown, Esquire
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

/s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353