IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.           ) | CASE NO: 3:05-CR-121-LSC |
| ) | |
| MALIK ELAWAD         ) | |

### MOTION TO SEAL FORENSIC EXPERT REPORT

**NOW COMES** the Defendant, Malik Elawad, by and through undersigned counsel, Christine A. Freeman, and respectfully requests that the Forensic Expert Report by Dr. Marianne Rosenzweig, filed on October 3, 2006, be placed **under seal** due to the sensitive information it contains.

Respectfully submitted,

_____
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:3:05-CR-121-LSC |
| | ) | |
| MALIK ELAWAD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of October 2006, served a copy of the foregoing **MOTION TO SEAL FORENSIC EXPERT REPORT** upon the following, by **HAND DELIVERING** a copy of the same to the following addresses:

Todd Brown, Esquire
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

_____
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353