# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| vs. | ] | 3:05-CR-121-LSC |
| | ] | |
| | ] | |
| Malik Elawad, | ] | |
| | ] | |
| Defendant. | ] | |

## O R D E R

This action is rescheduled for a SENTENCING HEARING for **10:30 a.m. on Monday, December 18, 2006,** in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 17th day of October 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

124019