UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| vs. | ] | 3:05-CR-121-LSC |
| Malik Elawad, | ] | |
| Defendant. | ] | |

**O R D E R**

The sentencing hearing scheduled for December 18, 2006, is CONTINUED. The undersigned is hereby RECUSED from the above-styled action. Case is to be reassigned.

Done this 18th day of December 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019