IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr121-MHT |
| **MALIK ELAWAD** | ) | |

### ORDER

It is ORDERED that sentencing for defendant Malik Elawad is reset for January 18, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 19th day of December, 2006.

         /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**