# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 18, 2007          AT   3:10    A.M./P.M.

DATE COMPLETED   January 19, 2007          AT   10:30   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          3:05cr121-MHT
        VS.

MALIK ELAWAD

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson for | X | Atty Christine A. Freeman |
| AUSA Todd A. Brown | X | Atty Patricia V. Kemp |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 3:10 p.m | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation does not concur with plea agreement. Court accepts plea agreement. Defendant's argument regarding additional downward departure. |
| 3:53 p.m. | Break. |
| 4:25 p.m. | Hearing continues; Recess until 10:00 a.m. on 1/19/07. |

**1/19/2007**

| | |
|---|---|
| 10:03 a.m. | Sentencing hearing continues. **ORAL ORDER** denying [46] Motion for Downward Departure |
| 10:08 a.m. | Break. |
| 10:22 a.m. | Sentencing hearing continues. Sentence imposed. |
| 10:30 a.m. | Hearing concluded. |