IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr121-MHT |
| MALIK ELAWAD | ) | |

<u>ORDER</u>

It is ORDERED that the motion to seal forensic expert report (doc. no. 38) is granted.

DONE, this the 19th day of January, 2007.


    <u>/s/ Myron H. Thompson</u>
    **UNITED STATES DISTRICT JUDGE**